IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARRETT W. BURROUGHS**                                            **PLAINTIFF**

**v.**                            **CIVIL ACTION NO. 1:23-cv-294-TBM-RPM**

**KEESLER FEDERAL CREDIT UNION**                              **DEFENDANT**

## **FINAL JUDGMENT**

For the reasons stated in the Order entered this same day, this CASE is CLOSED.

THIS, the 8th day of August, 2024.

                                                         _____
                                                         TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE